UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:

PAMELA CARVEL,                                                Case No. 11-14548-PGH

       Debtor.                                                           Chapter 7
_____/

**MOTION FOR ORDER AUTHORIZING TRUSTEE TO: (1) SELL LONDON FLAT AT PRIVATE SALE PURSUANT TO 11 U.S.C. § 363 FREE AND CLEAR OF ALL CLAIMS, LIENS, AND ENCUMBRANCES; AND (2) PAY CLOSING EXPENSES IN CONNECTION WITH PROPOSED SALE**

**(Property: Flat No. 268, Russel Court, Woburn Place, London, England)**

COMES now Les S. Osborne, Chapter 7 Trustee (the "Trustee"), pursuant to 11 U.S.C. § 363(b) and (f), Federal Rules of Bankruptcy Procedure 6004, and Local Rules of Bankr. S.D. FLA. 2002-1 and 6004-1, hereby moves the Court for an Order authorizing the sale of the estate's interest in the real property described below free and clear of all liens, claims, and encumbrances and authorize the Trustee to pay closing expenses detailed herein at closing on the proposed sale (the "Motion") and in support thereof would show:

**I. Jurisdiction**

1.    This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2.    This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(A), (M); (N), and (0).

3.    Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.    The basis for the relief requested is 11 U.S.C. §§ 363(b) and (f), and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## II. Background

5. On February 23, 2011 (the "Petition Date"), Pamela Carvel, (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division. The Chapter 11 case was converted to Chapter 7 on March 25, 2011.

6. On March 25, 2011, Les S. Osborne (the "Trustee") was appointed as Chapter 7 Trustee.

7. Since the filing of the Bankruptcy Case, the Trustee and estate professionals have devoted considerable time investigating the assets owned by the Debtor on the Petition Date. Among such assets is an interest in the real property Flat No. 268, Russell Court, Woburn Place, London, England (the "London Flat"). The London Flat is a residential property featuring approximately 300 square feet of space.

8. The Debtor concealed the acquisition of the London Flat and transfers related to the ultimate acquisition of the London Flat from the Trustee and this Court. Ultimately, the Trustee obtained an Order by this Court and an order in the United Kingdom authorizing the Trustee to market and sell the London Flat as an asset of the Debtor's estate. In addition, the sale of the London Flat is a material term of a global settlement approved by this Court resolving various claims the Trustee asserted against Katarina Radomirovic and Tomislav Radomirovic (the "Settling Defendants"). See ECF No. 588 at ¶5-6, 9. Specifically, the Settling Defendants have consented to the sale and agreed to release and satisfy any liens encumbering the London Flat that the Settling Defendants directly or indirectly assert against the London Flat.

9. The Debtor did not claim the London Flat exempt and did not declare any funds used to acquire the London Flat as exempt. As well documented before this Court, the Debtor has failed to appear at a meeting of creditors or comply with any discovery requests propounded by the Trustee. As a result of Debtor's prolonged malfeasance in this case, the Debtor's Estate holds a substantial unsatisfied seven figure contempt judgment against the Debtor.

10. On or about January 9, 2020, the Trustee was forwarded an Agreement for the Sale of Commercial Real Estate (the "Sale Agreement")[1] form Aneta Luptakova (the "Purchaser") soliciting to purchase the London Flat "As is, where is" for the aggregate purchase price of £315,000. The Sale Agreement was procured by Dexters, the real estate broker retained by the Trustee and approved by the Court.

11. The Purchase Offer represented in the Sale Agreement represents fair market value of the London Flat based upon the advice provided by the Estate's Broker. Furthermore, acceptance of the Purchase Offer at this juncture outweighs the costs and delays associated with continued marketing of the London Flat as the Trustee has already spent in excess of a year attempting to sell the London Flat and the Purchase Offer represents the highest value received for the London Flat.

12. Accordingly, the Trustee asserts that disposition of the London Flat pursuant to the Sale Agreement represents the most cost efficient manner for the Estate to liquidate its interest in the London Flat.

13. Finally, the conveyance of the London Flat required the Trustee to retain a real estate broker [2] and a United Kingdom solicitor [3] (collectively, the "United Kingdom

---

[1] A true and correct copy of the Sale Agreement is attached hereto as **Exhibit "A."**
[2] Dexters retained at ECF No. 624

Professionals"). The Court has previously authorized the retention of these professionals and the Trustee seeks the final allowance and authority to fund at closing all fees owed to the United Kingdom Professionals as reflected in the attached closing statement attached as **Exhibit "B."**

### III. Relief Requested

14. By this Motion, the Trustee seeks the entry of an Order approving the sale of the estate's interest in the London Flat to Purchaser pursuant to the terms of the Sale Agreement free and clear of all liens, claims, and encumbrances and authorizing the Trustee to disburse all closing expenses detailed on the attached closing statement.

### IV. Basis for Relief Requested

15. The estate holds fee simple title to the London Flat by virtue of 11 U.S.C. § 541.

16. The Trustee seeks the Court's authority to sell the London Flat pursuant to 11 U.S.C. § 363(b) and 363(f).

17. Pursuant to Section 363(b) of the Bankruptcy Code, the Trustee, after notice and hearing, may use, sell, or lease property of the Debtor's estate other than in the ordinary course of business. 11 U.S.C. §363.

18. The Court should approve the sale if the Trustee can demonstrate a sound business justification for the sale and if the sale process is fair, open and reasonable. *See Official Comm. Of Unsecured Creditors of LTV Aerospace & Defense Co. v. LTV Corp. (In re*

---

[3] Howard Kennedy at ECF No. 633. Laurence Begner was the lead solicitor on the matter and has recently moved from Howard Kennedy to Memery Crystal. The Trustee shall file a separate application to retain Memery Crystal prior to any payment of any fees incurred by Memery Crystal in conjunction with the closing on the proposed sale.

*Chateaugay Corp.),* 973 F.2d 141, 143 (2d Cir. 1992); *see also In re Sarah's Tent, LLC,* 396 B.R. 571, 573 (Bankr. S.D. Fla. 2008).

19. Further, pursuant to 363(f)(2) the Trustee is authorized to sell property free and clear of any interest in such property if such entity consents. Here, any interested party with an interest against the London Flat consents to the sale free and clear of the interest or is not anticipated to interpose any objection.

20. Bankruptcy Rule 6004(f) contemplates sales outside of the ordinary course of business made by private sale. The proposed sales price is £315,000 (the "Sales Proceeds"). This offer represents the highest and best offer for the London Flat conveyed to the Trustee and approximates the value of the London Flat.

21. The London Flat is being sold **<u>as-is, where-is</u>**, by Trustee's Deed, and will contain solely a representation that this Court has found the Estate has marketable title to convey the London Flat by virtue of the Debtor's ownership of the London Flat at the time the Bankruptcy Case was commenced.

22. The closing shall occur as soon as practicable following the entry of an Order approving this Motion.

23. Section §363(m) of the Bankruptcy Code protects a good faith purchaser's interest in property purchased notwithstanding if a sale conducted under Section 363(b) is later reversed or modified on appeal.

24. The sale should be found to have been in good faith if the Trustee can demonstrate the transaction occurred at arm's-length and without fraud or collusion. *See Kabro Assocs. of West Islip, LLC v. Colony Hill Assocs. (In re Colony Hill Assocs.),* 111 F.3d 269, 276 (2nd Cir. 1997) ("Typically, the misconduct that would destroy a purchaser's

good faith status at a judicial sale involves fraud, collusion between the purchaser and other bidders or the trustee, or an attempt to take grossly unfair advantage of other bidders." (citations omitted)); *see also In re Lorraine Brooke Associates, Inc.,* No. 07-12641 2007 WL 2257608 (Bankr. S.D. Fla. Aug. 2, 2007) (holding that a sale was entitled to the protections of Section 363(m) of the Bankruptcy Code when it was based upon arm's-length bargaining and without collusion).

25. Upon information and belief, the Purchaser does not have any relationship with the Debtor, the Trustee or any estate professionals. Therefore, the Trustee requests that the Buyer be afforded the protections of 11 U.S.C. § 363(m).

26. To the best of the Trustee's knowledge, information and belief, there will be no negative tax consequences associated with this sale.

27. Because it appears to the Trustee that this transaction provides a benefit to all parties involved, the Trustee requests an Order approving this sale.

28. Finally, the Trustee further requests that the fourteen (14) day stay imposed by Bankr. R. 6004(h) be waived. As detailed herein, the Foundation is the sole creditor of the Debtor's estate and the London Flat has been marketed for sale in excess of a year. Waiving the fourteen (14) day stay will allow the Trustee to expedite closing on the sale to Purchaser.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an Order (i) authorizing the sale subject of the real property described above free and clear of all claims, liens, and encumbrances; (ii) authorizing the Trustee to pay all required closing costs at closing; (iii) waiving fourteen (14) day stay imposed by Bankr. R. 6004(h); (iv) affording the Purchaser the protections of 11 U.S.C. §363(m); and (v) granting the Trustee any other relief to which he may be entitled.

Date: February 18, 2020

Respectfully submitted,

By: /s/ *Eyal Berger*
Eyal Berger, Esq.
Florida Bar No. 11069
**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, Florida 33301
Tel:  954-463-2700
Fax:  954-463-2224
eyal.berger@akerman.com

*Counsel to Trustee, Les Osborne*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on February 18, 2020 to all parties receiving electronic filings pursuant to CM/ECF and/or U.S. mail listed on the below service list and attached mailing matrix.

By: /s/ Eyal Berger
      Attorney

**SERVICE LIST**

**11-14548-PGH Notice will be electronically mailed to:**

Marc P Barmat on behalf of Defendant Katarina Radomirovic
mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com

Marc P Barmat on behalf of Defendant Tomislav Radomirovic
mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com

Eyal Berger, Esq. on behalf of Plaintiff Les S. Osborne
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Leslie Osborne
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Eyal Berger, Esq. on behalf of Trustee Leslie S Osborne
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Victoria E Brieant, Esq on behalf of Creditor 424 East 57th Street Tenants Corp.
Victoria@brieantlaw.com

William J Denius on behalf of Creditor Penningtons Solicitors LLP
wjdenius@kpsds.com, cschlitt@kpsds.com

Joan M Levit, Esq on behalf of Trustee Leslie S Osborne
joan.levit@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Debtor Pamela Carvel
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Plaintiff Leslie Osborne
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Trustee Leslie S Osborne
brett.marks@akerman.com, charlene.cerda@akerman.com

Timothy J Norris, Esq on behalf of Creditor Duane Morris LLP
tjnorris@duanemorris.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S Osborne
osbornetrustee@kennethrappaportlawoffice.com, lso@trustesolutions.com;lo@trustesolutions.net

Leslie S Osborne on behalf of Trustee Leslie S Osborne
osbornetrustee@kennethrappaportlawoffice.com, lso@trustesolutions.com;lo@trustesolutions.net

Leslie S. Osborne, Esq. on behalf of Plaintiff Les S. Osborne
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Trustee Leslie S Osborne
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Trustee Leslie S Osborne
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Carlos E. Sardi, Esq on behalf of Creditor Thomas and Agnes Carvel Foundation
carlos@sardilaw.com, carlos@ecf.courtdrive.com

Carlos E. Sardi, Esq on behalf of Interested Party Betty Godley
carlos@sardilaw.com, carlos@ecf.courtdrive.com

Carlos E. Sardi, Esq on behalf of Interested Party Lawrence Newman
carlos@sardilaw.com, carlos@ecf.courtdrive.com

Zana Michelle Scarlett on behalf of U.S. Trustee Office of the US Trustee
Zana.M.Scarlett@usdoj.gov

Michael D. Seese, Esq. on behalf of Interested Party Blank Rome LLP
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Interested Party Markewich & Rosenstock LLP
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Interested Party Eve Rachel Markewich
mseese@seeselaw.com, sseward@seeselaw.com

Hylton Wynick
bkadmin@zuckerforensics.com


**11-14548-PGH Notice will not be electronically mailed to:**

Pamela Carvel
P.O. Box 460006
Fort Lauderdale, FL 33346

Pamela Carvel
P.O. Box 58
Cranberry, NJ 08512-0058

Pamela Carvel
110 West 9th Street, Suite 177
Wilmington, DE 19801

Trimble Trends, Inc.
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901

Linda Casa, Inc.
c/o Trimble Trends, Inc.
110 West 9th Street, Suite 177
Wilmington, DE 19801

Eli Gabay, Esq. on behalf of
Defendants Katarina Radomirovic &
   Tomislav Radomirovic
Solomon Sherman and Gabay
1628 JFK Blvd., 22nd Floor
Philadelphia, PA 19103

Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

Kevin McKeown
POB 616
New York, NY 10156

New York State Department of Taxation
& Finance Tax Compliance Division
PO Box 5300
Albany, NY 12205-0100

Kevin A. Stevens on behalf of
Creditor The Thomas & Agnes Carvel
Foundation
98 Lafayette Ave
Suffern, NY 10901

Maria Vasile
4101 N 31 Ave
Hollywood, FL 33021

Denise K. Wildes
180 Maiden Lane
New York, NY 10038

Pervaze Ahmed
#1 London Bridge
London SE1 9BG
DX 144370 Southwark 4

ATTACHED MAILING MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 11-14548-PGH<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Feb 18 14:06:46 EST 2020 | Blank Rome LLP<br>c/o Michael D. Seese, Esq.<br>One East Broward Boulevard, Suite 1010<br>Ft. Lauderdale, FL 33301-1866 | Duane Morris LLP<br>Duane Morris LLP<br>c/o Timothy J. Norris, Esq.<br>200 South Biscayne Blvd.<br>Suite 3400<br>Miami, FL 33131-5323 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 | MG Products Company<br>c/o Moffa & Bonacquisti, P.A.<br>1776 N Pine Island Rd #222<br>Plantation, FL 33322-5223 | Markewich & Rosenstock LLP<br>c/o Michael D. Seese, Esq.<br>One East Broward Boulevard<br>Suite 1010<br>Ft. Lauderdale, FL 33301-1866 |
| New York State Department of Taxation and Fi<br>Tax Compliance Division<br>PO Box 5300<br>Albany, NY 12205-0300 | Penningtons Solicitors LLP<br>c/o William J. Denius, Esq., PO Box 1913<br>Orlando, FL 32802-1913 | Sun Shore Specialty Company<br>c/o Moffa & Bonacquisti, P.A.<br>1776 N Pine Island Rd #222<br>Plantation, FL 33322-5223 |
| The Thomas and Agnes Carvel Foundation<br>c/o Kevin A Stevens<br>98 Lafayette Ave<br>Suffern, NY 10901-5562 | Thomas and Agnes Carvel Foundation<br>c/o Carlos E Sardi<br>100 SE 2 St 44 Flr<br>Miami, FL 33131-2100 | Trimble Trends, Inc.<br>110 W. 9th Street<br>Suite 177<br>Wilmington, DE 19801-1618 |
| Wipsit Aire Company, Inc.<br>110 W. 9th Street<br>Suite 177<br>Wilmington, DE 19801-1618 | Blank Rome<br>130 North 18 Street<br>Philadelphia, PA 19103-2768 | Chauncey Partners LLC<br>c/o Julie E. Hough<br>320 SE 11 Street<br>Fort Lauderdale, FL 33316-1138 |
| Duane Morris<br>c/o Laure Lonergan<br>30 S 17 St<br>Philadelphia, PA 19103-4196 | Hudson Valley Bank<br>c/o Koob & Magoolaghan<br>221 Devoe Ave.<br>Yonkers, NY 10705-2738 | Hunt Cook<br>2200 Corporate Blvd. NW<br>Boca Raton, FL 33431-7387 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kaplan & Levenson<br>630 3rd Avenue<br>New York, NY 10017-6767 | McCarthy Fingar & Joel Aurnou<br>11 Martine Avenue<br>White Plains, NY 10606-1934 |
| NCO Financial Services<br>507 Prudential Road<br>Horsham, PA 19044-2308 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Penningtons Solicitors LLP<br>c/o Killgore, Pearlman, Stamp, Ornstein<br>& Squires, P.A.<br>P.O. Box 1913<br>orlando, FL 32802-1913 |
| The Thomas and Agnes Carvel Foundation<br>c/o Carlos E. Sardi, Esq.<br>Genovese Joblove & Battista, PA<br>100 SE Second Street, 44th Floor<br>Miami, Florida 33131-2100 | The Thomas and Agnes Carvel Foundtion<br>c/o Kevin A Stevens<br>98 Lafayette Ave<br>Suffern NY 10901-5562 | Thomas & Agnes Carvel Foundation<br>35 E. Grassy Sprain Road<br>Yonkers, NY 10710-4620 |
| United States Trustee<br>51 SW 1 Ave., Room 1204<br>Miami, FL 33130-1614 | David B Marks<br>350 E Las Olas Blvd # 1600<br>Ft Lauderdale, FL 33301-4247 | Denise K. Wildes<br>180 Maiden Ln<br>New York, NY 10038-4925 |

| | | |
|---|---|---|
| Eve Rachel Markewich<br>c/o Michael D. Seese, Esq.<br>One East Broward Boulevard, Suite 1010<br>Ft. Lauderdale, FL 33301-1866 | Hylton Wynick<br>2 South Biscayne Blvd. #2690<br>Miami, FL 33131-1815 | Hylton Wynick<br>Zucker Forensics<br>1801 N Military Tr #160<br>Boca Raton, FL 33431-1815 |
| Kevin McKeown<br>POB 616<br>New York, NY 10156-0616 | Leslie S Osborne<br>1300 N. Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Maria Vasile<br>4101 N 31 Ave<br>Hollywood, FL 33021-2011 |
| Pamela Carvel<br>POB 460006<br>Ft Lauderdale, FL 33346-0006 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)424 East 57th Street Tenants Corp. | (u)Chauncey Partners LLC | (du)424 East 57th Street Tenants Corp. |
| (u)Betty Godley | (u)Daniel Amicucci | (u)Dina M. Aversano |
| (u)Lawrence Newman | (u)Michael Keating | (u)Pervaze Ahmed<br>#1 London Bridge<br>London SE1 9BG<br>DX 144370 Southwark 4 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     9
Total                  45

# EXHIBIT "A"



# Offer Confirmation
To be completed by potential buyer(s)

**Property address**
Flat 268, Russell Court, Woburn Place, WC1H 0NF

Is the property being purchased by: Individual(s) ✓   Company   Trust

Please enter all buyers names/company name and majority shareholders/trustees
Aneta Luptakova

**Your current address**

**Your current position** (please tick where appropriate)

Nothing to sell ✓     Nothing to sell / Residing in rented     Property to sell Under offer     Property to sell On market     Property to sell Not on market

Notice period if in rented (if applicable)   N/A

Your offer amount  £ 315,000

Name of your buyer and their position (if you are part of a chain)   N/A

What is the reason for your purchase? (Owner occupied, Buy to let, Development)
Own use. First time buyer.

Please confirm if you are an employee or relative to anyone within Dexters London Limited
N/A

**Your Selling Agent (if you have a property to sell)**

Contact name   N/A                              Company
Address
Phone No                                        Email

**Financial Arrangements - mortgage required**

Yes   (Please complete below)        No ✓  Please provide written proof of funds from your bank or solicitor and confirm where the funds are coming from

Name and Tel no of financial advisor   N/A
Lender
Mortgage amount required  £                   Balance  £

Please confirm where your balance is coming from:
Sale of property          Re-Mortgage          Investments/Savings*          Other
*Investment/Savings notice period



dexters.co.uk



# Offer Confirmation

## Conveyancer's Details

Name        TBC                          Company    TBC
Address     TBC
Phone No    TBC                          Email      TBC

## Timescales

Do you have a specific completion date?    ASAP

Is there anything that could affect your completion date e.g. holiday/savings notice period?

I/we confirm that the above information is correct and that any inaccuracy or failure to inform you of any changes could jeopardise the purchase of the above property.

Signed      DocuSigned by:
            *Aneta Luptakova*
            ABC61DE165C34D2...

Date (DD/MM/YY)    09-01-2020 | 00:35 PST

**EXHIBIT "B"**

## COMPLETION STATEMENT

**Property:**              Flat 268 Russell Court Woburn Place London WC1H 0NF

| | | |
|---|---:|---:|
| Howard Kennedy | £10,000.00 | |
| Memery Crystal Fees | £5,000.00 | |
| VAT on Memery Crystal Fees | £1,000.00 | |
| Telegraphic Transfer Fee x2 | £54.00 | |
| Land Registry Official Copies | £15.00 | |
| Broker fee inclusive of VAT | £7,560.00 | |
| Managing Agent fee for sales pack | £480.00 | £24,109.00 |